UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FREDDA LEVITT,

                        Plaintiff,

          - against -

PRICEWATERHOUSECOOPERS LLP,

                        Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

No. 04 Civ. 5179 (RMB)

**ADMINISTRATIVE ORDER**

Pursuant to the joint letter submitted by the parties in the above-captioned action, dated December 22, 2009, the parties are hereby directed to further inform the Court of the status of the above-captioned action and the related actions (i.e., Nos. 03 Civ. 266, 03 Civ. 1117, 03 Civ. 2632, and 03 Civ. 1144) by joint letter, on or before Monday, February 22, 2010.

**SO ORDERED**.

Dated: New York, New York
         February 17, 2010

                                                           RICHARD M. BERMAN, U.S.D.J.